■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JOHNSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered July 30, 1990, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v McVay, 148 AD2d 474; People v Kazepis, 101 AD2d 816). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.